NO. 07-04-0226-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JUNE 1, 2004

_____

In re: RODNEY WARREN, RWW ENTERPRISES, INC.,

SPSM, LTD., RAY VALDEZ, STEVE GONZALEZ, JEFF JAKSTAS,

ASHLEY BRUSENHAN, DARRELL BILLINGTON,

COREY STOVALL and CHRIS GUZMAN

Relators
_____

***Original Proceeding***
_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Rodney Warren, RWW Enterprises, Inc., SPSM, Ltd., Ray Valdez, Steve Gonzalez, Jeff Jakstas, Ashley Brusenhan, Darrell Billington, Corey Stovall, and Chris Guzman (collectively referred to as Warren) petition the court for a writ of mandamus to compel the Hon. Andrew J. Kupper, 99th Judicial District Court, Lubbock County, to abate various causes filed in that court pending the final disposition of various causes filed in the 121st Judicial District Court, Terry County. We deny the petition for the reasons set out in our opinion and judgment entered this day in cause No. 07-04-0094-CV.

Accordingly, the petition for writ of mandamus is denied.

Brian Quinn
Justice